52 A.3d 1199

COMMONWEALTH of Pennsylvania, Respondent

v.

QUANG VAN NGUYEN, Petitioner.

No. 80 EM 2012.

Supreme Court of Pennsylvania.

Aug. 22, 2012.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of August, 2012, the "Application for Extraordinary Relief, Alternatively Called King's Bench" is DENIED.